KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe Garcia Monge, | No.   CV-26-02188-PHX-SMB (ASB) |
| Petitioner, | |
| v. | **ORDER** |
| Markwayne Mullin, et al., | |
| Respondents. | |

Petitioner Guadalupe Garcia Monge, who is confined in the Eloy Detention Center and represented by counsel, filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) challenging her immigration detention. Petitioner has paid the filing fee.  The Court will require an answer to the Petition.

Petitioner is a native and citizen of Mexico who entered the United States in 1998. (Doc. 1 at 5.)  In October 2018, Petitioner was detained by immigration authorities and, after approximately one week, was granted release on bond. (*Id.*)  On November 19, 2019, an Immigration Judge denied Petitioner's application for cancellation of removal. (*Id.*)  Petitioner appealed and, on July 27, 2022, the Board of Immigration Appeals (BIA) remanded the matter to the Immigration Court.   (*Id.* at 6.)  On July 19, 2023, an Immigration Judge again ordered Petitioner removed. (*Id.*).  Petitioner appealed.  On March 11, 2026, the BIA dismissed Petitioner's appeal. (*Id.*)  Petitioner sought review in the Ninth Circuit Cout of Appeals.  On March 18, 2026, the Ninth Circuit entered a temporary stay of removal. (*Id.*)

TERMPSREF

On December 29, 2025, Petitioner was taken into custody by state authorities and later transferred to immigration custody, where she remains detained.  (*Id.*)

Petitioner alleges her continued detention violates her Fifth Amendment substantive (Count One) and procedural (Count Two) due process rights.

The Court will require Respondents to answer the Petition.

**IT IS ORDERED:**

(1)    Counsel for Petitioner must immediately serve the Petition (Doc. 1) upon Respondent.

(2)    If not already issued, the Clerk's Office must issue any properly completed summonses.

(3)    Respondents must answer the Petition within **20 days** of the date of service. Respondents shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate.

(4)    Petitioner may file a reply within **10 days** from the date of service of the answer.

(5)    The Clerk of Court must immediately transmit by email a copy of this Order and the Petition to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

(6)    Regarding courtesy copies of documents for chambers, the parties are directed to review Section II(D) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual, which requires that "a courtesy copy of the filing, referencing the specific document number, shall be printed directly from CM/ECF." CM/ECF Admin. Man. § II(D)(3) (emphasis added).  *See* http://www.azd.uscourts.gov/sites/default/files/documents/adm%20manual.pdf.

. . . .

. . . .

TERMPSREF

(7)     This matter is referred to Magistrate Judge Alison S. Bachus pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 6th day of April, 2026.

Honorable Susan M. Brnovich
United States District Judge

TERMPSREF