**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Guadalupe Garcia Monge, | No. CV-26-02188-PHX-SMB |
| Petitioner, | **ORDER** |
| v. | |
| Markwayne Mullin, et al., | |
| Respondents. | |

On May 19, 2026, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R") (Doc. 9) regarding Petitioner's Petition for Writ of Habeas Corpus Pursuant (Doc. 1). The R&R recommended that the Petition be granted in part and denied in part. (Doc. 9 at 5–6.) The R&R notified the parties they had fourteen days to file any written objections to the R&R. (*Id.* at 6.) Neither party filed an objection.

A district court is not required to review "any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). "[T]he court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b), Advisory Committee Notes 1983 Addition. A district judge may "accept, reject, or modify, in whole or in part, the findings or recommendations" of the magistrate judge. 28 U.S.C. § 636(b)(1).

The Court reviewed the R&R and the record. The Court finds no clear error and

agrees with the R&R.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 9) is **adopted**.

**IT IS THUS ORDERED granting in party and denying in part** Petitioner's Petition for Writ of Habeas Corpus according to the R&R as follows:

1.  The Court **grants** Petitioner's request for a bond hearing and orders that, within thirty (30) days of the date the Petition is granted, Petitioner be afforded a bond hearing before a neutral adjudicator at which hearing the government must bear the burden of showing that Petitioner should not be released on bond because Petitioner is a flight risk or a danger to the community

2.  The Court further orders that Respondents must provide a notice of compliance to this Court within seven days of providing Petitioner with a bond hearing.

3.  The Court **denies without prejudice** all other forms of requested relief otherwise required in the Petition.

**IT IS FURTHER ORDERED** directing the clerk to terminate this case.

Dated this 21st day of July, 2026.

_____

Honorable Susan M. Brnovich
United States District Judge

- 2 -